1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8
9
10
11
12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-CR-287-MMD-(VCF) |
| | ) | |
| EDWIN FUENTES-ENAMORADO, | ) | |
| aka Edvin Enamorado, | ) | |
| | ) | |
| Defendant. | ) | |

13

**PRELIMINARY ORDER OF FORFEITURE**

14         This Court finds that on March 26, 2013, defendant EDWIN FUENTES-ENAMORADO,

15   aka Edvin Enamorado, was found guilty on Count One of a One-Count Criminal Indictment charging

16   him in Count One with Illegal Alien in Possession of a Firearm in violation of Title 18, United States

17   Code, Section 922(g)(5)(A). Criminal Indictment, ECF No. 1; Minutes of Jury Trial Proceedings,

18   ECF No. 35; Jury Verdict, ECF No. 41.

19         This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

20   has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal

21   Indictment and the offense to which defendant EDWIN FUENTES-ENAMORADO, aka Edvin

22   Enamorado, was found guilty. Criminal Indictment, ECF No. 1; Minutes of Jury Trial Proceedings,

23   ECF No. 35; Jury Verdict, ECF No. 41.

24         The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

25   924(d)(1) and Title 18, United States Code, Section 2461(c):

26   . . .

       a.    a Heckler & Koch 9 millimeter handgun bearing serial number 213-008377; and

       b.    any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of EDWIN FUENTES-ENAMORADO, aka Edvin Enamorado, in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this ___9th___ day of ___April_____, 2013.


_____

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Preliminary Order of Forfeiture on April 9, 2013, by the below identified method of service:

CM/ECF:

Leslie A Park
630 S. 7th St.
Las Vegas, NV 89101
les_law60@hotmail.com
Attorney for Edwin Fuentes-Enamorado




/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal